**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 04-243-01** |
| | : | |
| **v.** | : | |
| | : | |
| **RUFUS AVERY** | : | |

## ORDER

**NOW**, this 12th day of March, 2021, upon consideration of defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 121), and the government's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.    The term of imprisonment is reduced to **TIME SERVED**.

2.    The order is stayed for no longer than twenty-one days to permit the Probation Office to verify defendant's residence and/or establish a release plan, for the defendant to make appropriate travel arrangements, and to ensure his safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended.

3.    The previously imposed conditions of supervised release shall remain unchanged.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.